UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-1733-ACL |
| ) | |
| CO1, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiff's motion for leave to proceed *in forma pauperis* on appeal. The motion will be denied. During the proceedings in this United States District Court, plaintiff proceeded *pro se* and *in forma pauperis*. However, in dismissing this action, the Court certified that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that he now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). Further, plaintiff has repeatedly filed meritless lawsuits in this Court, and is now subject to 28 U.S.C. § 1915(g). He therefore may not proceed *in forma pauperis* on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 7) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall submit future filings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this __22nd__ day of June, 2021.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE